IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL J. CABALA | |
| Plaintiff, | Civil Action No. 3:09-cv-00651 (VLB) |
| v. | USCA No. 12-3757 |
| BENJAMIN MORRIS | |
| Defendant. | |

### INDEX TO THE RECORD ON APPEAL

| | Docket No. |
|---|---|
| **Complaint** | 1 |
| **Answer** | 12 |
| **Amended Answer** | 24 |
| **Motion for Summary Judgment** | 42 |
| **Memorandum in Opposition to Motion for Summary Judgment** | 47 |
| **Joint Stipulation for Judgment** | 54 |
| **Order approving Stipulation** | 55 |
| **Judgment** | 56 |
| **Motion for Attorney Fees** | 57 |
| **Motion for Hearing Re Attorney Fees** | 58 |
| **Motion for Extension of Time Re Application** | 59 |
| **Motion for Extension of Time Re Discovery** | 60 |


Case 3:09-cv-00651-VLB Document 96-2 Filed 01/02/13 Page 2 of 3

| | |
|---|---|
| **Memorandum in Opposition Extension of Time Re Discovery** | 61 |
| **Response to Application for Attorney Fees** | 62 |
| **Reply to Response to Application for Attorney Fees** | 65 |
| **Order Granting Motion for Extension of Time Re Discovery** | 67 |
| **Supplemental Response Re Motion for Attorney Fees** | 71 |
| **Motion for Attorney Fees Renewed** | 76 |
| **Memorandum in Opposition of Renewed Motion for Attorney Fees** | 77 |
| **Reply to Response to Renewed Motion for Attorney Fees** | 78 |
| **Order Denying Motion for Attorney Fees** | 80 |
| **Consent Motion to Substitute Party** | 84 |
| **Order Granting Consent Motion to Substitute Party** | 85 |
| **Order Granting (76) Motion for Attorney Fee** | 88 |
| **Motion to Stay** | 90 |
| **Response Re Motion to Stay** | 91 |
| **Order Granting Motion to Stay Enforcement (90)** | 94 |

Dated: January 2, 2013        Respectfully submitted,
                                                                 **LAW OFFICES OF DAVID RUBIN**

                              BY:    **/s/   David W. Rubin**
                                         **DAVID RUBIN, ESQ. (CT-10169)**
                                         **ANDREW J. SOLTES, JR., ESQ. (CT-26963)**
                                         **600 Summer Street, Suite 201**
                                         **Stamford, CT 06901**
                                         **Telephone:  (203) 353-1404**
                                         **Facsimile:   (203) 257-7208**
                                         **Attorneys for Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL J. CABALA | : |
| Plaintiff, | : Civil Action No.<br>: 3:09-cv-00651 (VLB) |
| v. | : USCA No. 12-3757 |
| BENJAMIN MORRIS | : |
| Defendant. | : |

## CERTIFICATION

This is to certify that on January 2, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


    /s/   David W. Rubin
**DAVID RUBIN, ESQUIRE**